

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 10, 2015

Mary Ann Castro
1501 Olive
Jourdanton, TX 78026
* DELIVERED VIA E-MAIL *

Manuel Castro
23302 Hickory Shadow
Elmendorf, TX 78112

RE:     Court of Appeals Number:   04-14-00785-CV
        Trial Court Case Number:   2011-CI-15957
        Style:  Mary Ann Castro
                v.
                Manuel Castro

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Luz Estrada
Deputy Clerk, Ext. 53219





# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On June 4, 2015, appellant filed, as we interpret it, a motion to file a supplement to the appendix to her brief. We **GRANT** appellant's motion and **ORDER** the document filed on June 4, 2015, to be filed as a supplement to appellant's appendix to her brief.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2015.

Keith E. Hottle
Clerk of Court

COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.485

02 1P
0003179973    JUN 19 2115
MAILED FROM ZIP CODE 78205

Manuel Castro
23302 Hickory Shadow
Elmendorf, TX 78112

NIXIE        782    FE 1        0006/14/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78205303799        *0210-09400-10-41

KEITH E. HOTTLE, CLERK

2015 JUN 16 PM 12: 08

30% POST CONSUMER FIBER